**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Cesar de la Garza, | Civil No. 06-4767 (RHK/JJG) |
| Petitioner, | **ORDER** |
| v. | |
| Joan Fabian, | |
| Respondent. | |

---

Having reviewed de novo the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham and Petitioner's Objections thereto, and upon all the files, records and proceedings herein, **IT IS ORDERED:**

1. Petitioner's Objections (Doc. No. 58) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 57) is **ADOPTED**;

3. The Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 (Doc. No.1) is **DENIED**;

4. Petitioner's Motion for Summary Judgment (Doc. No. 40) is **DENIED**; and

3. Petitioner's Motion for other relief (Doc. No. 52) is **DENIED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 3, 2008

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge